FILED'11 JAN 28 16:46USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

GARY MARK WAITE, and
ANDREW ELIAS WILLIAMS,

   Plaintiffs,

 v.

KEVIN DEMER, et al.,

   Defendants.

CV. 10-1244-HU

JUDGMENT

MOSMAN, Judge

 Based on the Record,

 IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, without prejudice.

 IT IS SO ORDERED.

 DATED this 28 day of January, 2011.

              /s/ Michael W. Mosman
              Michael W. Mosman
              United States District Judge

1 - JUDGMENT